**JANICE RUSSELL TRANSCRIPTS**
1418 Red Fox Circle
Severance, CO  80550
Phone  (757) 422-9089
E-mail: trussell31@tdsmail.com
Tax No. 436686971

# INVOICE

DATE        10/21/2016

INVOICE NO.     16-246

**TO:**

David Cohen, Esq.
1 North Charles Street, Suite 350
Baltimore, MD  21201

**TERMS:  DUE ON RECEIPT**

| DESCRIPTION | PGS. | AMOUNT |
|---|---|---|
| Ann Marie Cregger; Ann Marie Cregger v. State of Maryland, et al. USBC-MD, Case No. 12-10428 RAG (AP 16-00049) | | |
| Transcript of hearing held on 9/12/16 | 18 | 65.70 |
| Transcript of hearing held on 9/20/16 | 12 | 43.80 |
| **PLEASE MAKE CHECK PAYABLE TO JANICE RUSSELL TRANSCRIPTS** | TOTAL | $109.50 |