**DTI**

INVOICE
Page 1

Phone: 800-292-4789

David W. Cohen
Law Office
1 North Charles Street
Suite 350
Baltimore, MD 21201
Attn: DAVID COHEN

Invoice #: M-099358
Invoice Date: 11/18/16
Our Order #: WDC-104889-01
Customer #: 116246

Terms: Due upon receipt

Cregger vs. Central Collection Unit

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|

Job Date 11/02/16
Deponent: All Deponents
  Processing and Delivery - Transcript-Ea-STD   1   EACH   $35.00   $35.00

Job Date: 11/02/16
Deponent: Judy Fillipiak
  Deposition Transcript - Original-Pg-STD   73   PAGE   $3.65   $266.45

Job Date: 11/02/16
Deponent: Roderick Morant
  Deposition Transcript - Original-Pg-STD   59   PAGE   $3.65   $215.35

| | |
|---|---|
| Subtotal: | $516.80 |
| Sales Tax | $0.00 |
| Total Invoice USD | $516.80 |

**Depo Location:**   1 North Charles Street
Suite 350
Baltimore, MD 21201

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793