Wilbur W. Bolton, P.A.

102 S. Parke Street
Aberdeen, MD 21001

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/9/2015 | 647 |

**Bill To**

Ann Cregger
915 Paradise Rd.
Aberdeen, MD 21001

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 0.2 | 6/10/14 - PC DJS | 275.00 | 55.00 |
| 0.2 | 12/10/14 - Miscellaneous | 275.00 | 55.00 |
| 1.2 | 1/23/15 Trial prep | 275.00 | 330.00 |
| 2.5 | 1/26/15 - Bankruptcy court | 275.00 | 687.50 |
| 1 | 3/9/15 - Research, PC client, PC Chuck Bradford re title search and plan | 275.00 | 275.00 |
| 2 | 3/18/15 - Miscellaneous, met with David Cohen, client conference | 275.00 | 550.00 |
| 0.3 | 4/3/15 - Client conferences - file & fee | 275.00 | 82.50 |
| 0.8 | 4/10/15 - Review memo | 275.00 | 220.00 |
| 0.3 | 7/31/15 - Plan, draft and email | 275.00 | 82.50 |
| 3 | Various dates - miscellaneous client conferences, PCs to David Cohen and client | 275.00 | 825.00 |

| | Total | $3,162.50 |
|--|-------|-----------|